Pearson, C. J.
 

 The merits of the case being disposed of in
 
 Mardre
 
 v.
 
 Felton,
 
 at this term, and (treating this as a motion, after notice, for an order to sell the land levied on,) also in
 
 Riddick
 
 v.
 
 Hinton,
 
 at this term, Mr. Bragg insists there is error in awarding a
 
 procedendo
 
 to the County Court.
 

 We do not concur in that view. The appeal from the County to the Superior Court did not bring up the whole case, but only the motion for an order of sale, leaving the original judgment and levy in the County Court, to which court the sheriff must make return, in order to have satisfaction of the judgment entered there. We are, therefore, of opinion that the further proceedings should be had in the County Court, and that it was proper to award a
 
 procedendo. Morehead
 
 v.
 
 R. R. Co.,
 
 7 Jones, 500.
 

 Per Ctjriah. Judgment affirmed. Motion for an order of sale should be allowed. Issue a writ of
 
 procedendo.